LAW OFFICES OF
# SIDNEY L. GOLD & ASSOCIATES
A PROFESSIONAL CORPORATION

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999   FAX (215) 569-3870

SIDNEY L. GOLD ** ++ *
TRACI M. GREENBERG* **
NEELIMA VANGURI*
WILLIAM RIESER*
JAMIE L. FORD*
LEANNE LANE COYLE *

* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN NEW YORK
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA

November 12, 2019

**Via Regular and Certified Mail**
**Return Receipt Requested**
The Haven Detox (Defendant)
Legal Operations
1325 Haverhill Road
West Palm Beach, FL 33417

   Re: **Linda DiPrimio v. Center City Recovery, LLC, The Haven Detox, and Kristin Szostak**
      **U.S. Eastern District of Pa., Civil Action No.: 19-5040**

To Defendant The Haven Detox:

  This office represents the Plaintiff, Linda DiPrimio, in connection with the above-referenced matter. Enclosed please find a time-stamped copy of a Civil Action Complaint and Summons that was filed against The Haven Detox on October 28, 2019. You or your attorney must respond within **twenty-one (21) days** of your receipt of this letter.

  Upon your receipt of this letter, Defendant, The Haven Detox has been officially served with this Complaint.

  If you should have any questions, please feel free to contact me.

         Very truly yours,

         *Sidney L. Gold*
         SIDNEY L. GOLD

SLG/ars
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Haven Detox
Legal Operations
1325 Haverhill Road
West Palm Beach, FL 33417

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
DANICA DPIETROANTONIO

C. Date of Delivery
11-15-19

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7008 3230 0003 4710 1041

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

UNITED STATES POSTAL SERVICE
W PALM BCH
FL 334
15 NOV '19
PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SIDNEY L. GOLD & ASSOCIATES
1835 Market Street
Suite 515
Philadelphia, PA 19103

AS

Re: DiPrimio 

G-293340